**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASON MOORE,

        Plaintiff,

  - against -

VILLAGE OF FREEPORT,

        Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 19-6548 (JMA)(AYS)

An electronic Order of Honorable Joan M. Azrack, United States District Judge, having been filed on March 1, 2021, dismissing this case for failure to prosecute, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Jason Moore take nothing of defendant Village of Freeport; that this case is dismissed for failure to prosecute and noncompliance; and that this case is closed.

Dated: March 3, 2021
       Central Islip, New York

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT
                                  BY:  /s/ JAMES J. TORITTO
                                         DEPUTY CLERK